IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 2:21-cr-424 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| DAVID CURTIS WHITE | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, DAVID CURTIS WHITE, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

July 14, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: s/*Dean H. Secor*
_____
Dean H. Secor (#07315)
Assistant United States Attorney
151 Meeting Street
Charleston, South Carolina 29401
Telephone: (843) 727-4381
Email Address: dean.secor@usdoj.gov